**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Civil Action No.: 1:24-cv-01783-BAH** |
| **AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA,et al.** | ) ) ) | |
| **Defendants.** | ) ) ) ) | |

---

## DISCLOSURE OF CORPORATE INTEREST

---

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Defendant General Star Indemnity Company discloses the following corporate interests: General Star Indemnity Company is a wholly-owned subsidiary of General Reinsurance Corporation. GenRe Corporation is the parent corporation of General Reinsurance Corporation, and Berkshire Hathaway, Inc. is the parent corporation of GenRe Corporation. Berkshire Hathaway, Inc. owns 10% or more of General Star Indemnity Company.

The address for General Star Indemnity Company, General Reinsurance Corporation, and GenRe Corporation is 120 Long Ridge Road, Stamford, CT 06902. The address for Berkshire Hathaway, Inc. is 3555 Farnam Street, Omaha, NE 68131.

1

Dated:  July 17, 2024

Respectfully submitted,

MCNAMEE, HOSEA, P.A.

*/s/ Justin P. Fasano*
Justin P. Fasano (Bar No. 28659)
6404 Ivy Lane, Suite 820
Greenbelt, MD  20770
Telephone: 301-441-2420
Email: jfasano@mhlawyers.com

WILEY REIN LLP
Gary P. Seligman (*pro hac vice application pending*)
Ezhan S. Hasan (*pro hac vice application pending*)
2050 M Street NW
Washington, DC  20036
Telephone: (202) 719-7000
Email: GSeligman@wiley.law
　　　 AHasan@wiley.law

*Counsel for General Star Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, a copy of the foregoing was filed and served via the

Court's Electronic Case Filing System on all parties receiving such notification.

/s/ *Justin P. Fasano*
Counsel

2